UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In the Matters of:

TAMIKA KING,

    Debtor,

TATIANA TAYLOR,

    Debtor.

Bankruptcy Case No.: 17-31741-BEH
(Chapter 7)

Bankruptcy Case No.: 18-26201-BHL
(Chapter 7)

---

## RESPONSE TO U.S. TRUSTEE'S RECOMMENDATION THAT CASE BE CERTIFIED TO DISTRICT COURT FOR PROSECUTION

---

This has not been an evasion by Carolyn Word for over the course of a decade.

Although Ms. Word admitted not complying with the Court's Injunction in 2010 (Case No. 10-2645), the instant allegation and corresponding stipulation involve a bankruptcy filing initiated in 2018 (Case No. 18-26201). Ms. Word testified that her aversion to being identified as a preparer was not to evade detection but, rather, to facilitate Ms. Taylor's eligibility for deferment of the up-front costs required to file a bankruptcy petition. There are no allegations that Ms. Word engaged in any other bankruptcy petition preparations between 2010 and 2018. The 2010 case involved a $350.00 petition preparation fee. And, Ms. Word has made restitution of $400.00 to Ms. Taylor in the instant case and $350.00 to Ms. Wallace in the 2010 case. The United States was never able to verify the Ms. Word was the petition preparer in the 2017 Tamika King case.

1

An Order To Show Cause hearing was conducted on January 13, 2012 (Case No. 11-36132). The wrong Carolyn Dixon (a.k.a. Word) was subpoenaed for the hearing. The actual Ms. Dixon was contacted by the Court by telephone from the courtroom. While Ms. Dixon in default was ordered enjoined in case nos. 10-02465 from future petition preparation she was never served with the Order for Default Judgment until four days after the Order To Show Cause hearing in case Nos. 11-36132: January 17, 2012. It is likely that Ms. Word's violation of the 2010 default Injunction would not have been revealed absent Ms. Word attempting to help Tatiana Taylor, her co-worker, with her bankruptcy in 2018. It does appear that besides not paying the fines and penalties in the 2010 default judgment (Case No. 10-02465) Ms. Word did not violate the Court's injunction (Case No. 10-02465) until Ms. Word assisted Ms. Taylor prepare her bankruptcy petition in 2018. There has been no showing by the U.S. that Ms. Word's failure to pay the fines and penalties assessed in Case No. 11-36132 was attributable to anything besides Ms. Word's financial inability to pay the court ordered fines and penalties. Under these circumstances one violation in 2018 of a 2010 injunction does not require criminal prosecution for the Court to address. The imposition of the penalties, fines and disgorgement amounts should suffice to protect the public against any threat posed by Ms. Word.

Ms. Word is fifty-three (53) years old. She has no criminal record. She moved to Milwaukee thirty (30) years ago after growing up in a single parent home chopping cotton in the fields of Mississippi. She had no education until she received her GED in Milwaukee. She has been married to Eddie Dixon for twenty-eight (28) years. Her husband works with mentally challenged youths. Ms. Word raised four (4) children. Each child obtained a college degree. Ms. Word's entire professional career has been dedicated to caring for the disabled. She has worked for Curative Rehabilitation, Milwaukee Center For Independence and Aurora Health. Currently, Ms. Word earns approximately $35K/yr. Besides her vocational pursuits Ms. Word has been a Christian preacher for the last three (3) years. And, she is beset with physical and

psychological infirmities. She had spinal surgery in July, 2018 and, based on information and belief, has been diagnosed with depression and insomnia.

Accordingly, Ms. Word respectfully requests this Court to not certify this matter to the Eastern District of Wisconsin for possible prosecution.

Dated at Milwaukee, Wisconsin this 1st day of April, 2019.

LAW OFFICES OF THOMAS E. HAYES

BY:_____
**Thomas E. Hayes**
**State Bar No.: 01015289**

P.O. Address:
161 West Wisconsin Avenue, Ste. 3032
Milwaukee, Wisconsin 53203
(414) 271-9844
thosehayes@gmail.com

3